**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| **PRESIDENTIAL TITLE LLC, an Arkansas limited liability company,** | ) ) ) ) | |
| **And** | ) ) | |
| **Geoffrey Polk** | ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **C.A. No.: 4:25-cv-00839-KGB** |
| **ALAN MCCLAIN, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE ARKANSAS INSURANCE DEPT.** | ) ) ) ) ) ) | |
| **Defendant.** | ) ) | |

---

### PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

COMES NOW, Plaintiff, Geoffrey Polk (hereafter "Plaintiff"), *pro se,* hereby submits the instant Motion for a Preliminary Injunction, and states as follows:

1. Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiff is entitled to a preliminary injunction.

2. The grounds and authorities in support of Plaintiff's Motion for Preliminary Injunction are set forth in the accompanying Memorandum in Support, which is incorporated as if fully set forth herein.

WHEREFORE, Plaintiff, Geoffrey Polk, respectfully requests that this Honorable Court:

A. Enter an Order granting Plaintiffs' Motion for Preliminary Injunction; and

B. Grant any such further relief as this Court deems appropriate for this matter.

Respectfully submitted,


__/s/ Geoffrey Polk_____


Geoffrey Polk, Esq.
7627 Lake St. Ste 206 A34
River Forest, IL  60305
Ph:  312-929-3861
Geoff@geoffreypolk.com
Pro-se


**CERTIFICATE OF SERVICE**


I HEREBY CERTIFY that on this 25th day of August, 2025, a copy of the foregoing was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

I also hereby certify that service was also made on the following via electronic service and via United States mail, postage prepaid:

Alan McClain, CO Sharnae Y. Diggs, Attorney
101 West Capitol Avenue
Little Rock, AR  72201
Sharnae.diggs@arkansasag.gov


__/s/ Geoffrey Polk_____


2