**Geoffrey Polk**
7627 Lake St Ste 206 A34
River Forest, IL  60305
(312)929-3861

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| PRESIDENTIAL TITLE LLC, an Arkansas limited liability company,<br><br>And<br><br>Geoffrey Polk<br><br>      Plaintiffs,<br><br>v.<br><br>ALAN MCCLAIN, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE ARKANSAS INSURANCE DEPT.<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No.: 4:25-cv-00839-KGB |

### SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF PLAINTIFF'S
### RULE 65 MOTION

<u>Geoffrey Polk</u>, being over the age of 18 and being duly sworn, depose and state, under

penalty of perjury, that the following information is true and correct:

1.  I am the Plaintiff in this matter and I am over eighteen (18) years of age.

2.  All facts set forth in this Affidavit are offered based upon my personal knowledge.

3.  If I were called upon to testify, I would testify competently to the facts set forth herein.

Document Ref: NK8OS-NJPGU-UXJH3-NXZXV

4.   Subsequent to Plaintiff's Rule 65 Motion, Plaintiff was again advised by the Defendant's agents that his request to take the title exam was denied.  A true and complete copy of an email exchange with respect thereto is attached here as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.


[SIGNATURE FOLLOWING ON THE NEXT PAGE]

Document Ref: NK8OS-NJPGU-UXJH3-NXZXV

Signature: _____*Geoffrey Polk*_____
Geoffrey Polk

STATE OF ___Florida___, COUNTY OF ___Hendry_____ , to wit:

I hereby certify that on this 27 day of August, 2025, before me, the subscriber, a Notary Public of the State and County aforesaid, personally appeared Geoffrey Polk, affiant, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged the same for the purposes therein contained, and further acknowledged the foregoing to be his or her act, and in my presence signed and sealed the same.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.
{Seal}



NOTARY PUBLIC
My commission

Lucinda Rodriguez
Commission Number HH238811
Commission Expires: 03/25/2026
This notarization was performed via video/audio and ID proofing technology.
Signer presented CA driver's license as proof of identification



 **Gmail**    Exhibit A

**Geoffrey Polk <geoff@presidentialtitlegroup.com>**

---

## Presidential & Polk v. McClain - Following up
2 messages

---

**Sharnae Diggs** <sharnae.diggs@arkansasag.gov>    Wed, Aug 27, 2025 at 8:00 AM
To: Geoffrey Polk <geoff@presidentialtitlegroup.com>
Cc: Sara Farris <sara.farris@arkansas.gov>

Geoff,

I am following up with you regarding your request to take the Arkansas title exam. Unfortunately, it does not appear that you will be able to take the title exam based on your current status.

Regards,

**Sharnae Y. Diggs**

Senior Assistant Attorney General – Civil Litigation Division
Office of Arkansas Attorney General Tim Griffin
Bob R. Brooks Jr. Justice Building
101 West Capitol Avenue│Little Rock, Arkansas 72201
Office: (501) 682-1325│Fax: (501) 682-2591
Email: sharnae.diggs@arkansasag.gov│ArkansasAG.gov



---

**Geoffrey Polk** <geoff@presidentialtitlegroup.com>    Wed, Aug 27, 2025 at 9:34 AM
To: Sharnae Diggs <sharnae.diggs@arkansasag.gov>
Cc: Sara Farris <sara.farris@arkansas.gov>

Hi Sharnae,

That's disappointing to hear. I don't see any principled or legal basis for refusing to allow me to take the exam, and I expect the Court will view this unfavorably when it considers the preliminary injunction.

If the state reconsiders, please let me know. Otherwise, I plan to highlight this issue for the Court, most likely through a supplemental affidavit referencing this correspondence.

Best,
Geoff

_____
Geoffrey Polk, President
Presidential Title
Mailing Address:  7627 Lake St. Ste 206 A34, River Forest, IL  60305
Email:  geoff@presidentialtitlegroup.com
Website:  www.presidentialtitlegroup.com

Document Ref: NK8OS-NJPGU-UXJH3-NXZXV



**NOTE:  TO CONFIRM WIRING INSTRUCTIONS, CALL STEPHANIE RADKE AT 708-930-4573 OR LORI KEENEY AT 773-765-7478 FOR OLD NATIONAL BANK WIRING INSTRUCTIONS.  FOR FIRST AMERICAN TRUST, FSB CALL DIRECTLY AT 877-600-9473.**
**WE REQUIRE ALL FUNDS TO BE WIRED IN CONNECTION WITH ANY CLOSING; CHECKS WILL NOT BE ACCEPTED**
_____

[Quoted text hidden]

Document Ref: NK8OS-NJPGU-UXJH3-NXZXV

# CERTIFICATE *of* SIGNATURE

REF. NUMBER
**NK8OS-NJPGU-UXJH3-NXZXV**

DOCUMENT NOTARIZED ONLINE USING AUDIO-VIDEO COMMUNICATION ON
**27 AUG 2025 15:23:26 UTC**

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|

**GEOFFREY POLK**

EMAIL
**GEOFF@PRESIDENTIALTITLEGROUP.COM**

SENT
**27 AUG 2025 15:22:48 UTC**

VIEWED
**27 AUG 2025 15:22:51 UTC**

SIGNED
**27 AUG 2025 15:22:58 UTC**

*Geoffrey Polk*

IP ADDRESS
**73.120.212.242**

LOCATION
**WESTERN SPRINGS, UNITED STATES**

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
**27 AUG 2025 15:22:51 UTC**

PERSONALLY KNOWN
**27 AUG 2025 15:21:23 UTC**

---

**LUCINDA RODRIGUEZ**

EMAIL
**LUCYTAXPRO@GMAIL.COM**

SENT
**27 AUG 2025 15:22:48 UTC**

VIEWED
**27 AUG 2025 15:23:05 UTC**

SIGNED
**27 AUG 2025 15:23:26 UTC**

*Lucinda Rodriguez*

IP ADDRESS
**97.164.14.81**

LOCATION
**TAMPA, UNITED STATES**

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
**27 AUG 2025 15:23:05 UTC**



**Signed with PandaDoc**