**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 27th day of August, 2025, a copy of the foregoing was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

_/s/ Geoffrey Polk_