# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PRESIDENTIAL TITLE, an Arkansas limited liability company**
**GEOFFREY POLK**                                                                                          **PLAINTIFFS**

**v.**          **CASE NO. 4:25-cv-00839-KGB**

**ALAN MCCLAIN, in his official capacity as Commissioner**
**Of the Arkansas Insurance Dept.**                                                                  **DEFENDANT**

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

COMES NOW Defendant, Alan McClain, by and through his attorneys, Attorney General Tim Griffin and Senior Assistant Attorney General Sharnae Diggs, and for his Motion for Extension of Time state:

1. Plaintiffs filed a Motion for Preliminary Injunction ("PI Motion") on August 25, 2025. (*See* Doc. No. 5)

2. The deadline for Defendant's Response to Plaintiff's PI Motion is Monday, September 8, 2025.

3. At the instruction of the Court, the parties have conferred regarding the briefing schedule for the PI Motion and agreed upon the following dates: Defendant's Response due on Friday, September 19, 2025, and Plaintiff's Reply due on Friday, September 26, 2025.

7. Pursuant to the agreed upon briefing schedule as previously stated, Defendant respectfully asks to be granted until September 19, 2025, in which to file his Response to Plaintiff's PI motion.

8. An extension will not unduly burden either party and is made in good faith pursuant to the parties' agreed upon briefing schedule as it relates to the PI Motion.

**WHEREFORE**, Defendant respectfully prays that the Court grants his Motion for Extension of Time and allow him up to and including September 19, 2025, in which to file his Response to Plaintiff's PI Motion.

Respectfully submitted,

TIM GRIFFIN
Attorney General

By: *(signature)*
Sharnae Diggs
Ark Bar No. 2018130
Senior Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-1325
Fax: (501) 682-2591
Email: sharnae.diggs@arkansasag.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Sharnae Diggs, hereby certify that on September 5, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification to anyone registered in this case to receive such filings.

*(signature)*
Sharnae Diggs