IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PRESIDENTIAL TITLE LLC, an Arkansas**
**limited liability company, et al.**                                        **PLAINTIFFS**

v.                         CASE NO.: 4:25-cv-00839-KGB

**JIMMY HARRIS[1], in his official capacity**
**as Commissioner of the Arkansas Insurance**
**Department**                                                              **DEFENDANT**

## JOINT STIPULATIONS

The parties agree to stipulate that the following information is true and correct:

1. The Plaintiff in this matter is over eighteen (18) years of age.

2. All facts set forth in the Affidavit are offered based upon Plaintiff's personal knowledge. Where the facts and/or statements mentioned in the Plaintiff's Affidavit and Supplemental Affidavit are not listed in this document, the parties have not jointly stipulated to them.

3. Plaintiff is a legal resident of the state of Florida, and he is currently domiciled in Illinois.

4. On or about June 27, 2025, Plaintiff intended to apply for a license for Presidential Title LLC (hereafter "Presidential") a single member Arkansas limited liability company of which he is the sole member.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Arkansas Insurance Department Commissioner Jimmy Harris is the automatically substituted as a party in this case for his predecessor Alan McClain. This document reflects the rule's language stating, "Later proceedings should be in the substituted party's name…"

5. Plaintiff was advised by the Defendant's agent, Brandon Looney, that Presidential could not be licensed because it lacked a Designated Responsible Licensed Producer ("DRLP").

6. Plaintiff desires to be the DRLP for Presidential.

7. On or about July 7, 2025, Plaintiff attempted to sign up for the Arkansas title examination. He was blocked from the same as he did not have an Arkansas Real Estate Candidate ID.

8. Plaintiff immediately reached out to the Defendant's agents requesting authority to take the Arkansas title exam.

9. Plaintiff's request to sit for the Arkansas title exam was denied.

10. To date, Plaintiff has not received any approval to take the same.

11. Plaintiff holds an active resident Title Producer license in Florida, License No. G098349.

12. Plaintiff holds non-resident Title Producer licenses in Indiana, Wisconsin, North Dakota, West Virginia, Georgia, Maryland, Montana, Pennsylvania, Michigan, Virginia, Tennessee, New Jersey, South Carolina, Colorado, Ohio, North Carolina, Minnesota, Nevada, New Hampshire, Rhode Island, Maine and Vermont as well as Title Examination and Escrow licenses in Utah. Plaintiff holds a non-resident Qualified Title Principal Agent license in Missouri.

13. In the past two years, Plaintiff has taken and passed title examinations in the states of Pennsylvania, Virginia, Florida, Missouri, Utah, and Wyoming.

Respectfully submitted by:

Sharnae Diggs
Ark Bar No. 2018130
Senior Assistant Attorney General
Arkansas Attorney General's Office
101 West Capitol Avenue
Little Rock, Arkansas 72201
Phone: (501) 682-1325
Fax: (501) 682-2591
Email: sharnae.diggs@arkansasag.gov


AND

Geoffrey Polk
7627 Lake St Ste 206 A34
River Forest, IL 60305
(312) 929-3861

3