IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PRESIDENTIAL TITLE, an Arkansas limited liability company**
**GEOFFREY POLK**                                                                 PLAINTIFFS

v.                     CASE NO. 4:25-cv-00839-KGB

**JIMMY HARRIS, in his official capacity**
**as Commissioner of the Arkansas Insurance**
**Department**                                                                      DEFENDANT

## NOTICE OF APPEARANCE

Assistant Attorney General Chelsea Harvey respectfully submits her entry of appearance as counsel for Jimmy Harris and requests that future service and correspondence be sent accordingly. Complete contact information for the undersigned is included in the signature block below. I hereby certify that I am admitted to practice in this Court.

Respectfully submitted,

TIM GRIFFIN
Attorney General

By:   Chelsea Harvey, ABN 2020064
      Assistant Attorney General
      Arkansas Attorney General's Office
      101 W. Capitol Avenue
      Bob R. Brooks Justice Building
      Little Rock, AR 72201
      Phone: (501) 371-2301
      Fax: (501) 682-2591
      chelsea.harvey@arkansasag.gov

*Attorneys for Jimmy Harris*

## **CERTIFICATE OF SERVICE**

    I, Chelsea Harvey, hereby certify that on October 27, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification to all registered CM/ECF participants:

_____
Chelsea Harvey