IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PRESIDENTIAL TITLE, LLC, an Arkansas
limited liability company** *et al.*                                                    **PLAINTIFFS**

v.                              Case No. 4:25-cv-00839-KGB

**JIMMY HARRIS, in his official capacity
as Commissioner of the Arkansas Insurance
Department**[1]                                                                          **DEFENDANT**

**ORDER**

    Before the Court are defendant Jimmy Harris's joint motion for order granting stipulated judgment and order (Dkt. No. 22), attorney Sharnae Diggs's motion to withdraw as counsel for defendant Jimmy Harris (Dkt. No. 24), and attorney Chelsea Harvey's motion to withdraw as counsel for Harris (Dkt. No. 25).

    Harris filed the joint motion for order granting stipulated judgment and order on October 30, 2025 (Dkt. No. 22). On November 7, 2025, Harris filed a notice purporting to withdraw his consent to the joint motion for order granting stipulated judgment and order (Dkt. No. 26, ¶ 2). Harris represents that counsel for plaintiffs has been notified of this filing (*Id*, ¶ 3). The Court has under advisement Harris's joint motion for order granting stipulated judgment and order and his motion to withdraw consent (Dkt. Nos. 22; 26).

    Diggs and Harvey represent that Harris will continue to be represented by its remaining attorney of record in this case, Sara Farris (Dkt. Nos. 24, ¶ 2; 25, ¶ 2). Diggs and Harvey further represent that Farris and counsel for plaintiffs have been notified of their intent to withdraw (Dkt.

---

[1] Defendant represents that Alan McClain is no longer the Arkansas Insurance Commissioner and that the Arkansas Insurance Commissioner is now Jimmy Harris (Dkt. No. 18, at n.1). The Court directs the Clerk of Court to substitute Jimmy Harris, Commissioner of the Arkansas Insurance Department, for Alan McClain, former Commissioner of the Arkansas Insurance Department.

Nos. 24, ¶ 2–3; 25, ¶ 2–3). For good cause shown, the Court grants the motions and relieves Diggs and Harvey as counsel for Harris in this case (Dkt. Nos. 24; 25).

It is so ordered this 12th day of November, 2025.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge