IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **PRESIDENTIAL TITLE LLC** *et al.* | § | |
| | § | |
| *v.* | § | |
| | § | C.A. No.: 4:25-cv-00839-KGB |
| | § | |
| **JIMMY HARRIS**, IN HIS | § | |
| OFFICIAL CAPACITY AS | § | |
| COMMISSIONER OF THE | § | |
| ARKANSAS INSURANCE DEPT., | § | |
| *Defendant.* | § | |

## PLAINTIFFS' MOTION FOR RULING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs, Presidential Title LLC and Geoffrey Polk ("Plaintiffs"), respectfully request that this Court enter its ruling on Plaintiffs' Motion for Summary Judgment (Dkt. 37), which has been fully briefed since April 29, 2026.

### PROCEDURAL HISTORY

1.  On April 13, 2026, Plaintiffs filed their Motion for Summary Judgment. (Dkt. 37.)

2.  On April 26, 2026, Defendant filed its Response in Opposition. (Dkt. 40.)

3.  On April 29, 2026, Plaintiffs filed their Reply in Support of Motion for Summary Judgment. (Dkt. 42.)

### ARGUMENT[1]

---

[1] Plaintiff Geoffrey Polk further notes that he intends to transition his Arkansas law license to inactive status soon as part of winding down his multistate litigation practice. Plaintiff is attempting to conclude the remaining matters on his active docket before doing so and respectfully submits this information solely to explain the reason for requesting a ruling at this time. This request is not intended to suggest that the Court expedite its consideration of this matter over any other pending case, but rather to provide context for why Plaintiff is respectfully requesting a ruling.

Plaintiffs fully appreciate the Court's substantial caseload and the careful consideration required in resolving constitutional questions. This Motion is not intended to suggest any impropriety in the Court's deliberative process, but simply to respectfully advise the Court that Plaintiffs' Motion for Summary Judgment has been fully submitted for several months.

This case presents a purely legal challenge based on an undisputed factual record. Defendant adopted Plaintiffs' Statement of Undisputed Facts, leaving only questions of law for resolution. In addition, this Court has already carefully considered the constitutional issues presented in connection with Plaintiffs' request for preliminary injunctive relief.

A final ruling will permit the parties to determine their respective rights and obligations with certainty and will bring this litigation to an orderly conclusion.

**CONCLUSION**

**WHEREFORE,** Plaintiffs respectfully request that the Court enter its ruling on Plaintiffs' Motion for Summary Judgment (Dkt. 37), together with such other and further relief as the Court deems just and proper.

/S/Geoffrey Polk

Geoffrey Polk
AR Bar #:  2024009
7627 Lake St. Ste 206 A34
River Forest, IL  60305
Ph:  312-929-3861
Email :  Geoff@geoffreypolk.com

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd of August, 2026, a copy of the foregoing was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

_/s/ Geoffrey Polk_
Geoffrey Polk