**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **PRESIDENTIAL TITLE LLC *et al.*** | § | |
| | § | |
| ***v.*** | § | C.A. No.: 4:25-cv-00839-KGB |
| | § | |
| **JIMMY HARRIS**, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE ARKANSAS INSURANCE DEPT., *Defendant.* | § § § § | |

---

## PLAINTIFFS' NOTICE OF DISMISSAL

---

Plaintiff Geoffrey Polk dismisses this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant has not filed a motion for summary judgment, so the dismissal is effective upon filing and requires no order of the Court.

Plaintiff remains confident in the merits of its claims and the legal positions it has advanced. Plaintiff's Motion for Summary Judgment has been fully briefed and ripe for disposition for a considerable period. Plaintiff has filed two requests for a ruling, the latter of which expressly notified the Court that Plaintiff intended to dismiss this action on September 30, 2026, if no ruling had issued by that date. Nevertheless, the Court has declined to rule. Plaintiff should not be required to expend additional time and resources indefinitely awaiting adjudication of a fully submitted motion. The continued absence of a ruling has effectively denied Plaintiff any meaningful opportunity for timely judicial relief. Accordingly, Plaintiff has concluded that further pursuit of this action is no longer a prudent use of its resources and elects to dismiss rather than continue awaiting a decision that has not been forthcoming.

___//Geoffrey Polk___________________
Geoffrey Polk
AR Bar #: 2024009
7627 Lake St. Ste 206 A34
River Forest, IL 60305
Ph: 312-929-3861
Email : Geoff@geoffreypolk.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th of September, 2026, a copy of the foregoing was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

__*/s/ Geoffrey Polk*__________________
Geoffrey Polk